# United States Court of Appeals

## For the First Circuit

Nos. 10-1434
    11-1416
    12-1538
    12-1711

UNITED STATES OF AMERICA,

Appellee,

v.

SONIA N. FLORES-RIVERA, a/k/a Mimi; SANDRA I. FLORES-RIVERA,
a/k/a Sandy; CARLOS OMAR BERMÚDEZ-TORRES, a/k/a Omar Moreno-
Espada; CRUZ ROBERTO RAMOS-GONZÁLEZ, a/k/a La R, a/k/a El Gordo,
a/k/a El Galán, a/k/a Robert Belleza, a/k/a Crucito,

Defendants, Appellants.

**ERRATA SHEET**

The opinion of this Court issued on May 22, 2015, is amended as follows:

On page 7, line 11, "and Sonia" is deleted.

On page 7, line 12, "them" is deleted and replaced with "her"

The sentence beginning on page 43, line 5, is modified to read as follows:  Delgado also testified that Sonia tallied drug proceeds, that he saw her take money from another conspirator, and that she would then "stash" the money until another member of the conspiracy retrieved it.

On page 51, line 18, the phrase "Xiomara, Delgado, and Andy's" is replaced by the phrase "Xiomara and Delgado's"

On page 61, lines 13 and 14, "all four" is deleted and replaced by "those"